IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RANDY TRUSTY and
JANET TRUSTY, Husband and Wife,
d/b/a JLT ENTERPRISES, INC.                                                        PLAINTIFFS

v.                            Case No. 2:13-CV-02039

SUNBEAM PRODUCTS, INC.
d/b/a SUNBEAM CONSUMER
PRODUCTS WORLDWIDE                                                                  DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's opinion and order filed this same date, IT IS HEREBY ORDERED AND ADJUDGED that Defendant's motion for summary judgment (Doc. 23) is GRANTED.

This case is accordingly dismissed with prejudice. Any appropriate motion for costs or fees must be filed by March 3, 2014. Otherwise, the parties are to bear their own costs and fees.

IT IS SO ORDERED AND ADJUDGED this 19th day of February, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE